FILED
August 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002887421

```
 1  3
    WALTER & WILHELM LAW GROUP
 2  a Professional Corporation
    Riley C. Walter #91839
 3  8305 North Fresno Street, Ste. 410
    Fresno, CA 93720
 4  Telephone:  (559) 435-9800
    Facsimile:  (559) 435-9868
 5  E-mail:     rileywalter@W2LG.com

 6
 7  Attorneys for Debtors
```

## IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>FRANCISCO L. PARREIRA and MARIA I. PARREIRA,<br><br>    Debtors.<br><br>Tax ID #: xxx-xx-7349; xxx-xx-1401<br>Address: 23423 Road 16<br>          Chowchilla, CA 93610 | CASE NO. 10-19825<br><br>Chapter 12<br><br>DC No.: WW-1<br><br>Date:   September 1, 2010<br>Time:  8:30 o'clock<br>Place:  2500 Tulare Street<br>        Fresno, CA 93721<br>        Courtroom 12<br>Judge:  Honorable W. Richard Lee |

### MOTION FOR AUTHORITY TO USE CASH COLLATERAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Francisco L. Parreira and Maria I. Parreira ("Debtors") come before this Court seeking an Order Approving a Motion for Authority to Use Cash Collateral as follows:

The grounds for the Motion are that the cash collateral sought to be used constitutes the Debtors' sole source of funds to operate Debtors' dairy business. Unless the Debtors are immediately allowed to use the cash collateral, the Debtors will be unable to feed the cows, pay employees and suppliers and otherwise will be unable to continue the business and preserve the value of the estate's assets. The Debtors

immediately need the use of cash collateral to maintain operations. Any inability to maintain ongoing services will severely affect the value of the estate, which will create immediate and reparable problems for the Debtors. Without the use of cash collateral Debtors' dairy herd will be severely impacted.

The cash collateral sought to be used is the claimed cash collateral of Fresno-Madera Farm Credit and A.L. Gilbert Co.

Pursuant to B.R. 4001(d)(1), the Motion has been served by mail, facsimile and/or email on all secured creditors, all lease or executory contract creditors, the 20 largest unsecured creditors, the Debtors, the taxing agencies required by LBR 2002-1, the U.S. Trustee's Office and the Chapter 12 Trustee, together with any and all persons who have requested special notice by filing the appropriate documents with the Bankruptcy Court. The same has been e-mailed to Fresno-Madera Farm Credit and its counsel, A. L. Gilbert Co. and its counsel and the Chapter 12 Trustee.

The Motion is based on the Notice of Motion, the Motion and Memorandum of Points and Authorities in Support of the Motion, the Declaration of Frank Parreira, and all exhibits attached thereto, the complete records and files of the Court in this case, the representations and arguments of counsel to be made at the hearing on the Motion, and such other and further evidence and matters as may be presented to the Court in connection with the Motion.

WHEREFORE, the Debtors will request that the Court enter and Order (i) approving the use of cash collateral on an interim basis at the initial hearing; (ii) approving the further use of cash collateral at a hearing to be set by the Court; (iii) authorizing the use of cash collateral on terms prescribed by the Court; and (iv) granting

/////

such other and further relief as the Court deems just and proper under the circumstances.

Dated: August 26, 2010   WALTER & WILHELM LAW GROUP
a Professional Corporation

By: _____
Riley C. Walter, Attorneys for Debtors